IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. MATERNIA, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 14-5775 |

## ORDER

AND NOW, this 20th day of July, 2016, upon careful independent consideration

of the Honorable Elizabeth  T. Hey's Report and Recommendation, and with the defendant

having failed to file objections to this Report and Recommendation, it is hereby ORDERED that:

1.      Magistrate Judge Hey's Report and Recommendation is APPROVED and

ADOPTED;

2.      This case is REMANDED to the Commissioner pursuant to the fourth

sentence of 42 U.S.C. § 405(g) for further administrative proceedings consistent with our

adjudication;

3.      The decision of the Commissioner is REVERSED for the purposes of the

remand only; and

4.      The Clerk of Court shall CLOSE this case statistically.


BY THE COURT:



/s/ Stewart Dalzell, J.